UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
KEVIN ALEXANDER ESCOBAR AVELAR      )
          Plaintiff(s),             )
                                    )
v.                                  )    Civil Action No. 26-10509-JEK
                                    )
                                    )
                                    )
                                    )
ANTONE MONIZ, DAVID WESLING, TODD M )
LYONS, and KRISTI L. NOEM           )
          Defendant(s).             )
                                    )
_____ )

# **JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated February 10, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Kevin Alexander Escobar Avelar.

Dated: February 19, 2026

                                                          /s/ Haley Currie
                                                         _____
                                                         Deputy Clerk